David R. Markham (SBN 071814)
*dmarkham@markham-law.com*
Peggy J. Reali (SBN 153102)
*preali@markham-law.com*
Maggie Realin (SBN 263639)
*mrealin@markham-law.com*
**THE MARKHAM LAW FIRM**
750 B Street, Suite 1950
San Diego, California 92101
Telephone:  (619) 399-3995
Facsimile:  (619) 615-2067

Stuart C. Talley (SBN 180374)
*stuart@kctlegal.com*
**KERSHAW, COOK & TALLEY PC**
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 779-7000
Facsimile:   (916) 669-4499

Walter Haines (SBN 71075)
*walter@uelglaw.com*
**UNITED EMPLOYEES LAW GROUP**
5500 Bolsa Avenue, Suite 201
Huntington Beach, California 92649
Telephone: (310) 234-5678
Facsimile: (310) 652-2242

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IAN MITCHINSON, individually, and on behalf of all others similarly situated,<br><br>       Plaintiff,<br>v.<br><br>LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., an Oklahoma corporation, LOVE'S COUNTRY STORES OF CALIFORNIA, a California corporation<br><br>       Defendants. | CASE NO. 1:15-cv-01474-DAD-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULING ORDER**<br><br><br><br>JUDGE:   Barbara A. McAuliffe<br>              U.S. MAGISTRATE JUDGE |

Plaintiff Ian Michinson ("Plaintiff") and Defendants Love's Travel Stops & Country Stores, Inc. and Love's Country Stores of California ("Defendants"), by and through their respective counsel, by and through their respective attorneys, hereby stipulate as follows:

1

**STIPULATION**

WHEREAS, on December 18, 2015, the Court entered a Scheduling Order setting the following schedule (Dkt. No. 14):

| | | |
|---|---|---|
| 1. | Non-Expert Discovery Cutoff: | June 10, 2016 |
| 2. | Class Certification Motion Filing Deadline | July 8, 2016 |
| 3. | Class Certification Opposition: | September 9, 2016 |
| 4. | Class Certification Reply: | October 7, 2016 |
| 5. | Class Certification Hearing: | October 18, 2016 |
| 6. | Scheduling Conference: | December 15, 2016 |

WHEREAS, the parties agree that additional time is needed so that they may explore resolution of the underlying litigation.

NOW, THEREFORE, undersigned counsel for the Parties, having met and conferred, stipulate and agree to the following proposed amended schedule:

| | | |
|---|---|---|
| 1. | Non-Expert Discovery Cutoff: | November 10, 2016 |
| 2. | Class Certification Motion Filing Deadline: | December 9, 2016 |
| 3. | Class Certification Opposition: | February 10, 2017 |
| 4. | Class Certification Reply: | March 10, 2017 |
| 5. | Class Certification Hearing: | March 21, 2017 at 9:30 a.m. |
| | | Dept. 5 - Judge Drozd |
| 6. | Scheduling Conference: | May 18, 2017 at 9:00 a.m. |
| | | Dept. 8 - Judge McAuliffe |

**IT IS HEREBY STIPULATED.**

Dated: May 18, 2016.                               KERSHAW, COOK, & TALLEY, PC

By:*/s/Stuart C. Talley*
STUART C. TALLEY
Attorney for Plaintiff
IAN MITCHINSON

| | |
|---|---|
| Dated: May 18, 2016. | LITTLER MENDELSON, P.C. |
| | By:/s/*Ryan L. Eddings* |
| | RYAN L. EDDINGS |
| | Attorneys for Defendants |
| | LOVE'S TRAVEL STOPS & COUNTRY STORES, INC. AND LOVE'S COUNTRY STORES OF CALIFORNIA |

**ORDER**

IT IS SO ORDERED.

Dated: __**June 1, 2016**__                    /s/ *Barbara A. McAuliffe*
                                                                     UNITED STATES MAGISTRATE JUDGE

3