**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IAN MITCHINSON, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br> vs.<br><br>LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., an Oklahoma corporation, LOVE'S COUNTRY STORES OF CALIFORNIA, a California corporation,<br><br>    Defendants. | Case No.: 1:15-cv-01474-DAD-BAM<br><u>CLASS ACTION</u><br><br>Action Filed:  September 28, 2015<br><br>**STIPULATION AND ORDER SETTING FORTH THE REMAINDER SCHEDULE FOR EXECUTION OF SETTLEMENT**<br><br>Judge:  Hon. Dale A. Drozd<br>Courtroom: 5<br><br>Trial Date:  None Set |

1

*Mitchinson v. Love's Travel Stop & Country Stores, Inc.,* Case No. 15-cv-01474-DAD-BAM
Stipulation and Order Setting Forth the Remainder Schedule for Execution of Settlement

1    Plaintiff Ian Mitchinson and Defendants Love's Travel Stops & Country Stores, Inc., et al.,
2 (collectively, "the Parties") by and through their respective counsel of record, hereby stipulate as
3 follows:
4    WHEREAS, on December 22, 2016, the Court granted Plaintiff's unopposed motion for
5 preliminary approval of class action settlement, set the Final Approval Hearing for April 18, 2017
6 at 9:30 a.m., and ordered Plaintiff to file his motion for final approval of class action settlement by
7 March 21, 2017 (Dkt. No. 34);
8    WHEREAS, the Court ordered the Parties to file a stipulation and proposed order setting
9 forth the remainder of their proposed schedule for execution of the Settlement (Dkt. Nos. 31 and
10 34);
11   NOW, THEREFORE, the Parties propose that the following dates shall govern for the
12 purposes of this Settlement:

| Schedule for Execution of Settlement | |
|---|---|
| January 9, 2017 | Last day for Defendant to provide Class Data List to Claims Administrator. |
| January 24, 2017 | Last day for Claims Administrator to mail and email Notice to Class Members. |
| March 10, 2017 | Last day for requests for exclusion, and notice of objection to be submitted to Claims Administrator. |
| February 24, 2017 | Last day for Class Counsel to file Plaintiffs' Motion for Attorneys' Fees and Costs and Class Representatives' Enhancement Awards. |

/ / /

/ / /

/ / /

/ / /

2

*Mitchinson v. Love's Travel Stop & Country Stores, Inc.,* Case No. 15-cv-01474-DAD-BAM
Stipulation and Order Setting Forth the Remainder Schedule for Execution of Settlement

**IT IS HEREBY STIPULATED.**

Dated: December 23, 2016                THE MARKHAM LAW FIRM

                                        /s/ David R. Markham
                                        *dmarkham@markham-law.com*
                                        Counsel for Plaintiff

Dated: December 23, 2016                LITTLER MENDELSON, P.C.

                                        /s/ Ryan L. Eddings
                                        *REddings@littler.com*
                                        Counsel for Defendants

   I hereby certify that the content of this document is acceptable to Ryan L. Eddings, counsel for Defendants, and that I have obtained Ms. Eddings' authorization to affix his electronic signature to this document.

Dated: December 23, 2016                THE MARKHAM LAW FIRM

                                        /s/ David R. Markham
                                        *dmarkham@markham-law.com*
                                        Counsel for Plaintiff

IT IS SO ORDERED.

   Dated:   **January 3, 2017**          _____
                                        UNITED STATES DISTRICT JUDGE

*Mitchinson v. Love's Travel Stop & Country Stores, Inc.,* Case No. 15-cv-01474-DAD-BAM
Stipulation and Order Setting Forth the Remainder Schedule for Execution of Settlement